**Order filed December 19, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00859-CR

_____

### EX PARTE LUIS  DANIEL  RABAJO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 0570001B**

---

## ORDER

The reporter's record in this case was due **September 10, 2019**. *See* Tex. R. App. P. 35.1.  On November 13, 2019, this court ordered the court reporter to file the record within 10 days. The official court reporter, **Lindsay Arredondo**, informed this court there was no reporter's record, stating, "Original record turned in under 14-17-00689. Nothing has been put on the record since June of 2017."

The docket sheet contained in the clerk's record filed in this appeal reflects a writ-of-habeas-corpus hearing was held on June 26, 2019. The record of that hearing has not been filed with the court.

We order **Lindsay Arredondo**, the official court reporter, to file the record of the hearing held June 26, 2019 in this appeal **within 15 days** of the date of this order.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.